UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO ROJAS,<br><br>        Plaintiff,<br><br>    v.<br><br>CDCR, et al.,<br><br>        Defendants. | No. 2:18-cv-1740 CKD P<br><br><br><u>ORDER</u> |

Mr. Rojas has submitted a letter concerning conditions of confinement at California State Prison, Sacramento. He has not filed a complaint. In order to commence an action, a complaint must be submitted as required by Rule 3 of the Federal Rules of Civil Procedure. The court will not issue any orders granting or denying relief until an action has been properly commenced.

Accordingly, IT IS HEREBY ORDERED that:

1. Mr. Rojas is granted thirty days from the date of service of this order to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The complaint must bear the docket number assigned this case. Failure to comply with this order will result in a recommendation that this matter be dismissed.

/////

/////

1

2. The Clerk of the Court is directed to send Mr. Rojas the court's form for filing a civil rights action.

Dated: June 20, 2018

  /s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
roja1740.nc